IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PORTER MOORE III,

    Plaintiff,

v.                                                                                CIV. 12cv845 JCH/GBW

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Opposed Motion to Extend Time to Answer. *Doc. 9.* The Court is fully advised and finds that the Motion is well taken.

Wherefore, IT IS HEREBY ORDERED that the Defendant's Opposed Motion to Extend Time to Answer is GRANTED. The deadline for Defendant's answer is extended to October 31, 2012.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE